## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:

**KENNETH J. HARRIS**                                    **Case No. 06 B 70278**
**KELLY A. HARRIS**
                    Debtor.

### NOTICE

Please be advised that by this notice the claim of
Homecomings Financial Network filed with the United States
Bankruptcy Court for the Northern District of Illinois Western
Division as claim number one (1) in the case herein be and is
hereby WITHDRAWN   If there are any questions or concerns, please
contact:  Kropik, Papuga and Shaw, c/o Laura Wardinski, at 120 S.
Lasalle, Ste 1327, Chicago, Illinois (312-236-6405).

### CERTIFICATE OF SERVICE

The undersigned certifies that this electronic document was
served electronically through the court's electronic mailing
system pursuant to the notice generated by the court on
OCTOBER 2, 2007 to the following parties:

TO TRUSTEE:
LYDIA MEYER P. O. BOX 14127 ROCKFORD, IL. 61105

TO DEBTOR'S ATTORNEY:
JEFFRY A. DAHLBERG 5130 NORTH 2ND STREET LOVES PARK, IL. 61111

The motion was further served by depositing a printed copy into
the United States mail at the mail chute located at 120 SOUTH LA
SALLE STREET, SUITE 1327, CHICAGO, ILLINOIS 60603, at 5:00 p.m.
on OCTOBER 2, 2007 with postage prepaid at the address listed on
the creditor matrix, upon the following parties, Debtor or others
not served:

TO DEBTOR:
KENNETH J. HARRIS KELLY A. HARRIS 2205 OAKBROOK DRIVE BELVIDERE,
IL. 61008

                                        __/s/ Laura Wardinski__
                                        Laura Wardinski
                                        Kropik, Papuga and Shaw
                                        120 S. LaSalle, Ste. 1327
                                        Chicago, IL 60603