# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: KENNETH J. HARRIS & KELLY A. HARRIS  Case Number: 06-70278
2205 OAKBROOK DRIVE  SSN-xxx-xx-8538 & xxx-xx-2701
BELVIDERE, IL  61008

Case filed on: 3/2/2006
Plan Confirmed on: 7/21/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $11,425.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
| | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 002 | HOMECOMINGS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KENNETH J. HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HOMECOMINGS FINANCIAL | 21,710.96 | 5,627.06 | 5,627.06 | 0.00 |
| | Total Secured | 21,710.96 | 5,627.06 | 5,627.06 | 0.00 |
| 003 | ACCOUNT RECOVERY SERVICES | 180.25 | 180.25 | 38.67 | 0.00 |
| 004 | ACCOUNT SOLUTIONS GROUP, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIANCE ONE RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ARMOR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ATTORNEY JAMES P. HURSH | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BOUDREAU & ASSOCIATES LLC | 3,018.11 | 3,018.11 | 647.26 | 0.00 |
| 011 | BUREAU OF ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CERTEGY PAYMENT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDIT MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DUN & BRADSTREET | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ELGIN RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FOCUSED RECOVERY SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | GASWIRTH & MIRSKY LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | HARRIS & HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | HEALTHREV INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | JOHN W. CHEN MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MURPHY-MARTIN RECOVERY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MUTUAL MANAGEMENT SERVICES | 657.70 | 657.70 | 141.05 | 0.00 |
| 025 | NATURE SOFT INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | OSF ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | OXFORD MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | PEOPLES HERITAGE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | R & B SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | RMH MATERNAL FETAL MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ROCKFORD MERCANTILE AGENCY INC | 1,929.69 | 1,929.69 | 413.83 | 0.00 |
| 036 | SIGNATURE MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | SOUTHWEST CREDIT SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | SWEDISH AMERICAN HOSPITAL | 2,297.62 | 2,297.62 | 492.74 | 0.00 |
| 040 | UIC CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | B-LINE LLC | 2,597.15 | 2,597.15 | 556.98 | 0.00 |
| 042 | CAPITAL ONE | 1,464.24 | 1,464.24 | 314.02 | 0.00 |
| 043 | CAPITAL ONE | 1,057.69 | 1,057.69 | 226.83 | 0.00 |
| | Total Unsecured | 13,202.45 | 13,202.45 | 2,831.38 | 0.00 |
| | Grand Total: | 37,255.16 | 21,171.26 | 10,800.19 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $10,800.19 |
| Trustee Allowance: | $624.81 |
| Percent Paid Unsecured: | 21.45 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                          /s/ Lydia S. Meyer
                                          Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan